CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

AUG 21 2009

JOHN F. CORCORAN, CLERK
BY: /s/ L. Bught
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| LISA MARIE CASEY, | ) | Criminal No. 1:06CR00071-1 |
| Petitioner, | ) | |
| | ) | **2255 FINAL ORDER** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Hon. James C. Turk |
| Respondent. | ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the Respondent's motion for summary judgment (Dkt. No. 73) is **GRANTED**, and the Petitioner's 28 U.S.C. § 2255 motion (Dkt. No. 67) is **DENIED**.

The Clerk is directed to strike the case from the active docket of the Court, and send copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTER: This 21st day of August, 2009.

/s/ James C. Turk
Senior United States District Judge