CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 2 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:06-cr-00071-1 |
| v. | § 2255 DISMISSAL ORDER |
| LISA MARIE CASEY,<br>Petitioner. | By: Hon. James C. Turk<br>Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that petitioner's motion (docket #113) is **CONSTRUED** as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255; the Clerk shall **OPEN** a new action for this § 2255 motion; this new action is **DISMISSED without prejudice** as a successive § 2255 motion; a Certificate of Appealability is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the United States.

ENTER: This 2nd day of February, 2011.

/s/ James C. Turk
Senior United States District Judge