CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN - 4 2018

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

PROB 12C
(7/93)

# United States District Court
for the
Western District of Virginia
Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lisa Marie Casey Case Number: 1:06CR00071-001

Name of Sentencing Judicial Officer: Honorable Glen M. Williams

Date of Original Sentence: July 11, 2007

Original Offense: Wire Fraud; Attempted Bank Fraud

Original Sentence: 96 months imprisonment, five years supervised release, $200 special assessment

Type of Supervision: Supervised Release Date Supervision Commenced: July 19, 2013

Asst. U.S. Attorney: Jennifer Bockhorst Defense Attorney: Dennis Jones

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation office believes that the offender has violated the following condition(s) of supervision:

Violation Number Nature of Noncompliance

**1** **Mandatory Condition:** *"The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court."*
During a home visit on February 14, 2018, the offender tested positive for methamphetamine. She initially denied this unlawful use, but upon further questioning she admitted to smoking methamphetamine on or about February 13, 2018.

**2** **Mandatory Condition:** *"The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court."*
On July 21, 2017, while present for the Abingdon, Virginia Federal Re-Entry Court Program, the offender was asked to provide a urine drug screen. The screen field tested positive for Oxy.

**3** **Standard Condition #3:** *"The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer."*
After a positive urine screen on July 21, 2017, Ms. Casey stated that she had been administered either a Lortab or Percocet during a medical procedure she had several

days prior and that she could provide documentation to USPO Riley. On July 26, 2017, Ms. Casey admitted to USPO Riley that she could not provide documentation for the pain medication she took, because she obtained an Oxycontin tablet illegally.

<u>**4**</u> **<u>Mandatory Condition:</u>** *"The defendant shall not commit another federal, state or local crime."*
On October 16, 2017, Ms. Casey was charged with Give Conflicting Testimony by Dickenson County Sheriff's Office. This case is pending in the Dickenson County Virginia Circuit Court for August 10, 2018.

<u>**5**</u> **<u>Special Condition:</u>** *"The defendant shall participate in the Federal Re-Entry Court Program in the United States District Court in Abingdon, Virginia, and follow all requirements of the program."*
Ms. Casey failed to complete the Abingdon, Virginia Federal Re-Entry Court Program after being unsuccessfully discharged from the program on May 3, 2018.

U.S. Probation Officer Recommendation:

The term of supervision should be:

[X] Revoked
[ ] Extended for year(s), for a total term of years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2018

J. Marcus Riley
U.S. Probation Officer

---

THE COURT ORDERS

Prob 12C -3- Petition for Warrant or Summons
For Offender Under Supervision

[ ] No Action
[ ] The Issuance of a Warrant (Petition, violation report, and warrant shall be **SEALED** until execution of warrant.)
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/4/18
Date