070195-084

Continued On BACK OF page.

① 

Your Honor 1:06CR71                    12-12-19

I am Currently in Transit. My Legal paperwork was Taken From me By Alderson Federal prison staff, And the Comment Made "There goes her Lawsuits" Alderson staff also Forceable TOOK My Bollater from me while they shackled And HandCuffed Me Causing Me To Fall So hard that My Shoes Came off, And i have a gash and Bruising on my Right leg. Alderson Also refused To give me my Mobility Device Back, Therefore leaving me Completely incapacitated. The U.S Air Marshalls Were very upset that Alderson Prison staff either Falsified, Altered, Lied and or Omitted My Medical Records And my Conditions. I had to be Carried by the U.S Air Marshalls onto the Airplane. They Were the Kindest Men & Woman. Oklahoma T.F.C. Put me in a wheel chair. When i was Leaving Oklahoma the Air Marshalls Were very upset with Alderson staff, and the Carts for not stepping in and doing what has been done to me. the Air Marshalls said I Should Have never been Put on a flight because of my Condition. I Should not Have been Shackled or my Mobility Device Taking. I was Carried

②

off the Airplane by Georgia GEO Officers.
Again they were Kind, Helpful, And good
for me. I Again am in a Wheel Chair.
My Bedsores Documented again, and
the Gash on my Leg. I have a
Pending 2241 in Bluefield W. Va, a
Pending 42 U.S.C. 1983 in Beckley W. Va
Pending 2255 in Roanoke, Va. And
Pending Motion for R.I.S., Compassionate
Release, Modification, or Home Confinement
in Abingdon, Va.
I was only Given 1 stamped envelope
So I am requesting that the Mentioned
Courts Be Notified And I request
for Said Cause extension on my
response on 2255 & indigent
documents for 42 U.S.C. 1983.
    I don't understand How the F.B.O.P
doesn't approve the Medications, treatment
that I need to be Able to walk,
but they approve Methadone under
the M.A.T. program. What Quality
of life Do i have If i am
unable to walk, no rehabilitation,
And Cannot be a mother, wife
because the F.B.O.P failed me.
Yes I broke the law, I am So
Sorry what i did, IS my Punishment
equal to my Crimes? I have
been Tortured, Bullyied, Denied
medical care, my life threatend by

07093-084

(3)

Aldersin staff, locked down because I am handicapped, tortured more. All because I made a huge mistake, and I'm disabled. I again am asking Any Court to have Mercy on me and my Health, And to grant me, Relief that includes Being released from B.O.P. Prison so i can be Adequatly, Professionally treated. I'll do 5 more years probation. my Health is drastically detreriating. 12 months, no treatment. How much more undue hardship, pain suffering, and Emotional & Mental abuse do i need to go through to satisfied my sentence? I fully intend to follow thru with civil action against Aldersin federal Prison as well, for what they have done to me. My Points were raised in Retaliation by Aldersin, because I reported such abuses. I am being sent to Aliceville, F.C.I. I will file Administrative Remedys. I fear for my safety and Health going to Another F.B.O.P. Facility. I pray for someone to have Mercy in the federal Courts.

Thank-you
Lori Casey (Hhiber)
07093-084

UbE Casey Cheser
POBox 730
LovEJoy, GA 30250

Mailed from a detention facility

242210-2004459

Federal Court House
180 W. Main St.
Abingdon, VA 24210

NH METRO
GA 301
12 DEC '19
PM 11:1 L

Hasler
12/04/2019
US POSTAGE $000.55⁹

ZIP 30250
011E11680118